### 3485.   STEWART *v.* THE STATE.

HILL, C. J.   The hogs that, recently after the commission of the larceny, were found in a pen on the place occupied by the accused were not identified as the hogs that had been stolen, and a conviction based solely on the inference of guilt arising from the unexplained possession of property recently stolen was unauthorized by the evidence, and must be set aside as contrary to law.                          *Judgment reversed.*

DECIDED JUNE 29, 1911.

Indictment for hog-stealing; from Decatur superior court—Judge Frank Park.  May 15, 1911.

*G. G. Bower,* for plaintiff in error.

*W. E. Wooten, solicitor-general; F. A. Hooper,* contra.